IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | | |
|---|---|---|
| ERIE INDEMNITY COMPANY, | ) | |
| Plaintiff, | ) ) ) | 1:22-CV-00093-CRE |
| vs. | ) ) ) | |
| TROY STEPHENSON, CHRISTINA STEPHENSON, AND; AND STEVEN BARNETT, IN BOTH THEIR INDIVIDUAL CAPACITIES AND IN ANY REPRESENTATIVE CAPACITIES THEY MAY HAVE RELATING TO ERIE INSURANCE EXCHANGE; | ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |

**ORDER**

AND NOW, this 28th day of February 2024, upon consideration of Erie Indemnity Company's Motion for a Preliminary Injunction (ECF No. 56), it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Troy Stephenson, Christina Stephenson, and Steven Barnett, and all those who may now be acting or who will act in concert with them, are preliminarily enjoined from pursuing *Erie Insurance Exchange v. Erie Indemnity Co.*, No. GD-21-014814 (Pa. Comm. Pl. Allegheny Cnty.), or any similar action; and the Court of Common Pleas of Allegheny County, Pennsylvania is preliminarily enjoined from conducting any further proceedings in *Erie Insurance Exchange v. Erie Indemnity Co.*, No. GD-21-014814 (Pa. Comm. Pl. Allegheny Cnty.).

IT IS FURTHER ORDERED that Indemnity shall file a motion to convert this preliminary injunction into a permanent injunction and entry of final judgment by **March 15, 2024**. Exchange

may respond by **March 29, 2024**.

      IT IS FURTHER ORDERED that Indemnity shall serve a copy of this Memorandum Opinion and Order upon the Court of Common Pleas of Allegheny County, Pennsylvania, and shall file it on the docket of *Erie Insurance Exchange v. Erie Indemnity Co.*, No. GD-21-014814 (Pa. Comm. Pl. Allegheny Cnty.).

                                                           BY THE COURT:

                                                           s/ Cynthia Reed Eddy
                                                           United States Magistrate Judge

cc: All counsel of record via CM/ECF electronic filing